BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant McDougal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11- 222 JSW (JS) |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO AMEND CONDITIONS OF** |
| vs. ) | **RELEASE** |
| ) | |
| ROBERT MCDOUGAL, ) | Before: Judge Spero |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant was released by Magistrate Judge Joseph Spero on an unsecured bond, with the condition that the defendant reside at the home of a family friend. That housing, although acceptable, is not ideal, and the defendant would like to find alternative housing if possible. There appears to be some uncertainty as to whether the defendant may leave his current residence to try to find alternative housing through the Veteran's Administration or other relief agency. As a result, the parties hereby stipulate that subject to the approval of his pretrial services officer and at such times as that officer authorizes, the defendant may be allowed to leave his current residence to find suitable alternative housing arrangements.

1

1  **IT IS SO STIPULATED.**

3  Date: May 10, 2011                                      _____/s/_____
                                                           Geoffrey A. Hansen
4                                                          Counsel for Robert McDougal

6  Date:   May 10, 2011                                    _____/s/_____
                                                           Owen Martikan
7                                                          Assistant United States Attorney

   **IT IS SO ORDERED**.

8  Date:   06/01/11
                                                           _____
                                                           United States Magistrate Judge
                                                           Judge Joseph C. Spero

2